ORIGINAL

FILED

03/27/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0172

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0172

_____

SHANELLE J. VAN DYKE,

     Petitioner and Appellee,

v.

DAVID ALLEN WARD,

     Respondent and Appellant.

_____

**FILED**

MAR 26 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Pursuant to Appellant's Motion to Dismiss Appeal and good cause appearing,
IT IS ORDERED that this appeal is DISMISSED with prejudice.

DATED this 27 day of March, 2020.

For the Court,

By _____
               Chief Justice